FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 7 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:05CR00234 JLH |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH FISKE | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNTS 1-63

At all times material to this Indictment:

1. Council 38 of the American Federation of State, County and Municipal Employees (AFSCME) was made up of 10 AFSCME local unions located throughout the State of Arkansas in a labor organization engaged in industry affecting commerce.

2. Council 38 existed to provide assistance to its local union members with collective bargaining, labor disputes and contract administration issues.

3. Council 38 included Local Union 966 which had had a collective bargaining agreement with Waste Management of Pine Bluff, a private sector employer for many years.

4. Beginning some time in 1995, Council 38 employed ELIZABETH FISKE as a full time bookkeeper.

5. In 2001, FISKE was made a part-time bookkeeper and her salary was reduced.

6. FISKE'S duties as bookkeeper included receiving all mail for the Council, depositing all income into one of the union's three bank accounts, filling out all checks for signature by the President and Secretary-Treasurer of the Council, recording all financial

information in Council records, and maintaining all financial records. Financial records were to be maintained on computer using a specific software program.

7. FISKE was never authorized to be a signatory on any Council bank accounts nor was she authorized to request or possess a debit card for any Council bank accounts for any purpose including withdrawals from Council bank accounts. Nevertheless, FISKE obtained a debit card making unauthorized withdrawals of cash or purchases and concealing her personal use of the card and Council funds.

8. On or about the dates set forth below, in the Eastern District of Arkansas, in the counts described below, the defendant,

ELIZABETH FISKE,

a person employed by AFSCME Council 38, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys and funds of said labor organization.

| COUNT | ATM WITHDRAWAL DATE | ATM WITHDRAWAL AMOUNT |
| --- | --- | --- |
| 1 | 06/20/01 | $ 300.00 |
| 2 | 08/13/01 | 350.00 |
| 3 | 9/20/01 | 100.00 |
| 4 | 9/21/01 | 310.00 |
| 5 | 10/18/01 | 200.00 |
| 6 | 10/23/01 | 230.00 |

| 7  | 11/06/01 | 300.00 |
|----|----------|--------|
| 8  | 11/19/01 | 500.00 |
| 9  | 11/20/01 | 500.00 |
| 10 | 11/29/01 | 500.00 |
| 11 | 12/03/01 | 500.00 |
| 12 | 12/14/01 | 500.00 |
| 13 | 01/11/02 | 500.00 |
| 14 | 01/12/02 | 500.00 |
| 15 | 01/14/02 | 500.00 |
| 16 | 01/22/02 | 350.00 |
| 17 | 10/07/02 | 500.00 |
| 18 | 10/09/02 | 260.00 |
| 19 | 10/15/02 | 143.00 |
| 20 | 10/25/02 | 500.00 |
| 21 | 11/01/02 | 500.00 |
| 22 | 11/02/02 | 600.00 |
| 23 | 11/04/02 | 700.00 |
| 24 | 11/07/02 | 650.00 |
| 25 | 11/08/02 | 600.00 |
| 26 | 11/11/02 | 700.00 |
| 27 | 11/15/02 | 600.00 |
| 28 | 11/17/02 | 700.00 |
| 29 | 11/18/02 | 700.00 |
| 30 | 11/22/02 | 500.00 |
| 31 | 11/25/02 | 500.00 |
| 32 | 11/27/02 | 600.00 |

| 33 | 11/28/02 | 700.00 |
| --- | --- | --- |
| 34 | 12/20/02 | 700.00 |
| 35 | 12/30/02 | 600.00 |
| 36 | 01/09/03 | 600.00 |
| 37 | 01/13/03 | 500.00 |
| 38 | 01/20/03 | 700.00 |
| 39 | 01/22/03 | 550.00 |
| 40 | 01/27/03 | 700.00 |
| 41 | 01/29/03 | 150.00 |
| 42 | 02/02/03 | 700.00 |
| 43 | 02/03/03 | 500.00 |
| 44 | 02/11/03 | 500.00 |
| 45 | 02/17/03 | 500.00 |
| 46 | 02/18/03 | 650.00 |
| 47 | 03/08/03 | 600.00 |
| 48 | 03/09/03 | 700.00 |
| 49 | 03/11/03 | 700.00 |
| 50 | 03/22/03 | 500.00 |
| 51 | 03/30/03 | 350.00 |
| 52 | 04/07/03 | 500.00 |
| 53 | 05/08/03 | 700.00 |
| 54 | 05/12/03 | 700.00 |
| 55 | 05/15/03 | 600.00 |
| 56 | 05/16/03 | 500.00 |
| 57 | 05/19/03 | 400.00 |
| 58 | 05/27/03 | 700.00 |

| 59 | 05/28/03 | 700.00 |
| 60 | 05/29/03 | 100.00 |
| 61 | 06/02/03 | 700.00 |
| 62 | 06/05/03 | 700.00 |
| 63 | 06/06/03 | 700.00 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT 64

1. At all times material to this Indictment, AFSCME Council 38 was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

2. In or about May, 2003, in the Eastern District of Arkansas, the defendant,

### ELIZABETH FISKE,

did willfully destroy a record required to be kept by Section 436 of Title 29, United States Code, that is, accurate, contemporaneous records reflecting all union receipts and disbursements, records on matters required to be reported in the annual financial report of the above labor union required to be filed with the Secretary of Labor.

All in violation of Title 29, United States Code, Section 439(c).

(END OF TEXT. SIGNATURE PAGE ATTACHED).